**Order entered February 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01125-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN, Appellant

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-16417

## ORDER

Before the Court is appellant's February 6, 2019 first amended unopposed motion for extension of time to file appellant's brief. By order dated February 7, 2019, the Court suspended all briefing deadlines in this proceeding. Accordingly, we **DENY AS MOOT** appellant's motion for extension.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE